FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 26 2003

at __ o'clock and __ min. __ M.
WALTER A. Y. H. CHINN, CLERK

EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Assistant U.S. Attorney

JUSTIN B. CLANCY
Special Assistant U.S. Attorney
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii 96850
Telephone: 440-9248
Facsimile: 541-2958
E-mail: Justin.Clancy@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR03-00100 DAE |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [H.R.S. § 708-810 and |
| JOEDENNI R. NAGUILLEN, ) | 18 U.S.C. § 13] |
| Defendant. ) | |

INDICTMENT

Count 1

The Grand Jury charges that:

On or about May 24, 2002, at Pearl Harbor, Hawaii, in the District of Hawaii, at a place within the special maritime and territorial jurisdiction of the United States, namely the Catlin Park Naval Housing Area, JOEDENNI R. NAGUILLEN, defendant herein, did recklessly disregard the risk that a building was the

dwelling place of another, and intentionally entered and remained unlawfully in the dwelling of Jennifer K. Smith, located at 1977 F Hammond Circle, Catlin Park Naval Housing Area, Pearl Harbor, Hawaii, with intent to commit therein a crime against persons and property rights.

All in violation of Hawaii Revised Statute, Section 708-810, and Title 18, United States Code, Section 13.

## Count 2

The Grand Jury further charges that:

On or about October 24, 2002, at Ewa Beach, Hawaii, in the District of Hawaii, at a place within the special maritime and territorial jurisdiction of the United States, namely the Iroquois Point Naval Housing Area, JOEDENNI R. NAGUILLEN, defendant herein, did recklessly disregard the risk that a building was the dwelling place of another, and intentionally entered and remained unlawfully in the dwelling of Ernest Bruno, located at 6232 A Ibis Avenue, Iroquois Point Naval Housing Area, Ewa Beach, Hawaii, with intent to commit therein a crime against persons and property rights.

All in violation of Hawaii Revised Statute, Section 708-810, and Title 18, United States Code, Section 13.

#### Count 3

The Grand Jury further charges that:

On or about December 9, 2002, at Ewa Beach, Hawaii, in the District of Hawaii, at a place within the special maritime and territorial jurisdiction of the United States, namely the Iroquois Point Naval Housing Area, JOEDENNI R. NAGUILLEN, defendant herein, did recklessly disregard the risk that a building was the dwelling place of another, and intentionally entered and remained unlawfully in the dwelling of John Ray Dittman, located at 5493 Bittern Avenue, Iroquois Point Naval Housing Area, Ewa Beach, Hawaii, with intent to commit therein a crime against persons and property rights.

All in violation of Hawaii Revised Statute, Section 708-810, and Title 18, United States Code, Section 13.

#### Count 4

The Grand Jury further charges that:

On or about January 6, 2003, at Pearl Harbor, Hawaii, in the District of Hawaii, at a place within the special maritime and territorial jurisdiction of the United States, namely the Catlin Park Naval Housing Area, JOEDENNI R. NAGUILLEN, defendant herein, did recklessly disregard the risk that a building was the dwelling place of another, and intentionally entered and remained unlawfully in the dwelling of Kevin S. Zeitz, located at 1941 A Benfold Circle, Catlin Park Naval Housing Area, Pearl Harbor,

Hawaii, with intent to commit therein a crime against persons and property rights.

All in violation of Hawaii Revised Statute, Section 708-810, and Title 18, United States Code, Section 13.

### Count 5

The Grand Jury further charges that:

On or about January 9, 2002, at Ewa Beach, Hawaii, in the District of Hawaii, at a place within the special maritime and territorial jurisdiction of the United States, namely the Iroquois Point Naval Housing Area, JOEDENNI R. NAGUILLEN, defendant herein, did recklessly disregard the risk that a building was the dwelling place of another, and intentionally entered and remained unlawfully in the dwelling of Christopher L. Adams, located at 6153 Heron Avenue, Iroquois Point Naval Housing Area, Ewa Beach, Hawaii, with intent to commit therein a crime against persons and property rights.

All in violation of Hawaii Revised Statute, Section 708-810, and Title 18, United States Code, Section 13.

### Count 6

The Grand Jury further charges that:

On or about February 13, 2003, at Pearl Harbor, Hawaii, in the District of Hawaii, at a place within the special maritime and territorial jurisdiction of the United States, namely the Catlin Park Naval Housing Area, JOEDENNI R. NAGUILLEN, defendant

herein, did recklessly disregard the risk that a building was the dwelling place of another, and intentionally entered and remained unlawfully in the dwelling of James M. Turbeville, located at 1968 E Dewert Circle, Catlin Park Naval Housing Area, Pearl Harbor, Hawaii, with intent to commit therein a crime against persons and property rights.

All in violation of Hawaii Revised Statute, Section 708-810, and Title 18, United States Code, Section 13.

DATED: ____2/26/03____, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, Grand Jury


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney


_____
JUSTIN B. CLANCY
Special Assistant U.S. Attorney


UNITED STATES v. JOEDENNI R. NAGUILLEN
CR. NO.
INDICTMENT